UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CARLOS HUMBERTO PEREZ MOSQUERA, <br> Plaintiff, <br> v. <br> MTI RETREADING COMPANY, <br> Defendant. | No. 1:15-cv-1062 <br><br> HONORABLE PAUL L. MALONEY |

# JUDGMENT

In accordance with the Opinion and Order entered on this date (ECF No. 93) and pursuant to Federal Rule of Civil Procedure 58, judgment hereby enters.

Date:  November 2, 2017   /s/ Paul L. Maloney
Paul L. Maloney
United States District Judge